PEOPLE, PLAINTIFF AND APPELLEE, *v.* OJEDA, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Mayagüez in a Prosecution for an Offense against Public Health.

No. 1279.—Decided June 21, 1918.

ADULTERATED MILK—SALE—EVIDENCE.—Evidence that two inspectors saw the defendant carrying milk to one place and the testimony of the defendant that the milk came from another place is no proof of a sale by the defendant.

The facts are stated in the opinion.

*Messrs. Feliú & Alemañy* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The appellant was charged with having sold milk that was adulterated. A motion for nonsuit was filed at the close of the trial and overruled. The defendant presented no proof. The only evidence of a sale by the appellant is that two inspectors saw Benigno Ojeda bearing milk to the shop of José Santana Ruiz and the appellant said that it came from the shop of Apolinario Ojeda. This is no proof of a sale by Benigno Ojeda and the judgment must be

*Reversed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.